IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LILLIAN HENTZ | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-2007 |
| | : | |
| ALLSTATE PROPERTY AND | : | |
| CASUALTY INSURANCE COMPANY | : | |

# **ORDER**

AND NOW, this 31st day of January, 2020, upon consideration of Defendant Allstate Property and Casualty Insurance Company's Motion for Summary Judgment, Plaintiff Lillian Hentz's opposition, and Allstate's reply, and for the reasons stated in the accompanying Memorandum, it is ORDERED the Motion (Document 12) is GRANTED in part and DENIED in part as follows:

- The Motion is granted on Hentz's bad faith claim. Judgment is entered in favor of Allstate on Count II of the Complaint.

- The Motion is denied on Hentz's breach of contract claim.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.